# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

)
)
)

CR NO: 2:13-cr-00114-MCE

**CARLOS MAGANA-COLIN**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum.
Name of Detainee:     CARLOS MAGANA-COLIN

Detained at (custodian):     NORTH FORK CORRECTIONAL FACILITY

Detainee is:   a.)   x charged in this district by:
☒ Indictment          ☐ Information          ☐ Complaint
Charging Detainee With: **Being a Deported Alien Found in the United States**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:     /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date     November 4, 2013                             United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):     Isido Urena, aka Isido Urena-Soto          Male ☒     Female ☐

Booking or CDC #:     AK0066                              DOB:     1/22/67

Facility Address:     1605 East Main                     Race:

Sayre, OK  73662                                          FBI #:     940736DA2

Facility Phone:     580-928-8200

Currently Incarcerated For:

**RETURN OF SERVICE**

Executed on                    by

_____
(Signature)

Form Crim-48                                                                    Revised 11/19/97